UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (ASHLAND)

| | | |
|---|---|---|
| **MICHAEL McDAVID,** | : | Case No. _____ |
| Plaintiff, | : | (Judge _____) |
| vs. | : | **DEFENDANT THE AMARILLO CORPORATION'S NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441** |
| **McDONALD'S CORPORATION, et al.,** | : | |
| Defendants. | : | |

Comes now Defendant The Amarillo Corporation ("Defendant"), by and through counsel, and hereby files this Notice of Removal of the above-captioned action from the Carter Circuit Court, in which this matter is now pending, to the United States District Court for the Eastern District of Kentucky.

This is a civil action in which the District Courts of the United States have been given original jurisdiction pursuant to 28 U.S.C. §1331 in that it arises under the laws of the United States.

Under the provisions of 28 U.S.C. §1441, *et seq.*, the right exists to remove this case from the Carter Circuit Court to the United States District Court for the Eastern District of Kentucky, which embraces a place where this action is pending.

On August 6, 2021 Plaintiff served Defendant via certified mail with a copy of the Civil Summons and Complaint, asserting a federal cause of action under Title VII, the Civil Rights Act of 1964, 42 U.S.C. §2000e. Thus, it was first ascertained that the case is one which has become removable on August 6, 2021. As such, this Notice of Removal has been filed within the time allotted by 28 U.S.C. §1446(b).

- 2 -

Pursuant to the provisions of 28 U.S.C. §1446, Defendant attaches herewith and incorporates herein by reference copies of the following:

A. Complaint filed August 2, 2021 in the Carter Circuit Court, Case No. 21-CI-00253, and attached hereto as Exhibit A.

B. Civil Summons served upon Defendant on August 6, 2021 via certified mail and attached hereto as Exhibit B.

C. Civil Summons served on Co-Defendant McDonald's Corporation on August 9, 2021 via certified mail and attached hereto as Exhibit C.

D. Agreed Order Extending Time to Move, Answer, or Otherwise Plead tendered by Defendant on August 26, 2021 and attached hereto as Exhibit D.

E. Agreed Order for Enlargement of Time tendered by Co-Defendant McDonald's Corporation on August 27, 2021, entered on August 31, 2021, and attached hereto as Exhibit E.

No other pleadings or papers have been filed in this matter or served upon Defendant. (See copy of Case Docket, attached as Exhibit F.)

Written notice of the filing of this Notice of Removal will be given to the adverse party as required by law.

Co-Defendant McDonald's Corporation has consented to the removal pursuant to 28 U.S.C. §1446(b)(2). See Exhibit G, attached.

A true and accurate copy of this Notice of Removal will be filed with the Clerk of the Carter Circuit Court as required by law.

WHEREFORE, Defendant prays that this action be removed to this Court and that this Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Respectfully submitted,

KOHNEN & PATTON LLP

/s/ Anthony J. Caruso
Anthony J. Caruso (85074 - Kentucky)
201 East Fifth Street, Suite 800
Cincinnati, Ohio  45202
tcaruso@kplaw.com
Telephone:    (513) 381-0656
Facsimile:    (513) 381-5823
*Trial Attorney for Defendant The Amarillo Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021 the foregoing Notice of Removal was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and via regular U.S. mail.

Robert W. Miller, Esq.
P.O. Box 357
Grayson, Kentucky  41143
*Trial Attorney for Plaintiff Michael McDavid*

Souhila EL Moussaoui, Esq.
Kathleen B. Wright, Esq.
Frost Brown Todd LLC
400 West Market Street, 32nd Floor
Louisville, Kentucky  40202-3363
*Trial Attorneys for Defendant McDonald's Corporation*

/s/ Anthony J. Caruso
Anthony J. Caruso

4818-0231-3463