UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CASE NO. 21-70-HRW

MICHAEL MCDAVID,                                                                                         PLAINTIFF,

v.                                                            **ORDER**

MCDONALD'S CORPORATION
and
THE AMARILLO CORPORATION,                                                              DEFENDANTS.

This matter is before the Court upon the parties' Stipulation of Dismissal With Prejudice [Docket No. 23].

Accordingly, **IT IS HEREBY ORDERED** that this matter be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

This 16th day of Maty 2022.

Signed By:
Henry R Wilhoit Jr.
United States District Judge